**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**YITZHAK ISAAC BASHARI,**<br><br>Defendant. | CASE NO. 1:24-cr-95<br><br>JUDGE COLE<br><br>**INFORMATION**<br><br>18 U. S. C. § 1001(a)(2) |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(False Statement)**

On or about November 17, 2020, in the Southern District of Ohio, the defendant, **YITZHAK ISAAC BASHARI**, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation: to wit, he stated in an application for forgiveness of a Paycheck Protection Program loan on behalf of Amis Investments, LLC that the loan money was used to pay costs that were eligible for forgiveness (payroll costs to retain employees; business mortgage interest payments; business rent or lease payments; or business utility payments).  The statement and representation was false because, as **YITZHAK ISAAC BASHARI** then and there knew, the loan money was used to buy stocks in other companies.

In violation of 18 U.S.C. § 1001.

KENNETH L. PARKER
UNITED STATES ATTORNEY


_____
TIMOTHY LANDRY (MA 669554)
SPECIAL ASSISTANT U.S. ATTORNEY